## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WENDY GALLAGHER (CLAIMANT) CLYDE GALLAGHER (DECEASED), | : | No. 110 WAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (TRIB TOTAL MEDIA, INC.), | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.